UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| YANNA MOROZ,<br><br>Plaintiff,<br><br>-v-<br><br>SJP TS LLC and SJP PROPERTIES DEVELOPMENT COMPANY,<br><br>Defendants. | : | 26 Civ. 8157 (JPC)<br><br><u>ORDER</u> |

JOHN P. CRONAN, United States District Judge:

Defendants SJP TS LLC and SJP Properties Development Company were served with a Summons and the Complaint on October 21, 2026, making their deadlines to respond November 11, 2026. *See* Dkts. 9-10. That date has passed, and the docket does not reflect responses to the Complaint from Defendants. Accordingly, the Court *sua sponte* extends Defendants' deadlines to respond to the Complaint to December 4, 2026. If Defendants once again fail to respond to the Complaint by their deadline to do so, Plaintiff shall seek a Certificate of Default by December 11, 2026.

No later than December 1, 2026, Plaintiff must serve copies of this Order on (i) Defendant SJP TS LLC by personally delivering it to, and leaving it with a person of suitable age and discretion at, the address associated with SJP TS LLC on the New York Secretary of State's website—28 Liberty Street, New York, NY 10005—as well as any other addresses associated with SJP TS LLC that may be known to Plaintiff, *see* Dkt. 1 ¶ 3; and (ii) Defendant SJP Properties Development Company by personally delivering it to, and leaving it with a person of suitable age and discretion at, the address associated with SJP Properties Development Company on the New York Secretary of State's website—389 Interpace Parkway, Parsippany, NJ 07054—as well as any other addresses

associated with SJP Properties Development Company that may be known to Plaintiff, *see id.* ¶ 4. Within two days of such service, Plaintiff must file proof of service upon the docket.

SO ORDERED.

Dated: November 19, 2026
New York, New York

JOHN P. CRONAN
United States District Judge